**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6514**


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BENJAMIN SHABAZZ PEAY,

Defendant - Appellant.


Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Sr., District Judge. (CR-90-89)


Submitted: June 19, 1997          Decided: July 8, 1997


Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.


Affirmed by unpublished per curiam opinion.


Benjamin Shabazz Peay, Appellant Pro Se.  David Bernard Smith, Greensboro, North Carolina, for Appellee.


Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his post-judgment motion requesting a copy of his trial transcript at the government's expense. The Appellant asserts that he needs the transcript to support a 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) motion; he did not file a § 2255 motion prior to requesting the transcript. The district court denied the motion because Appellant did not show a particularized need for the transcript. <u>See</u> 28 U.S.C. § 753(f) (1994). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the district court's order. <u>United States v. Peay</u>, No. CR-90-89 (M.D.N.C. Mar. 13, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>